Jeff H. Galloway
Erik Bond
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, N.Y. 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK





| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION (Successor To The Connecticut National Bank), Not in its Individual Capacity but Solely As Owner Trustee Under Certain Trust Agreements, <br><br> Plaintiff, <br><br> -against- <br><br> SOUTHWEST AIRLINES COMPANY, <br><br> Defendant. | RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for U.S. BANK NATIONAL ASSOCATION certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

U.S. BANCORP

Dated:          New York, New York
                December 10, 2007

                                    Respectfully submitted,

                                    HUGHES HUBBARD & REED LLP

                                    Jeff H. Galloway
                                    (galloway@hugheshubbard.com)
                                    Erik Bond
                                    (bond@hugheshubbard.com)
                                    One Battery Park Plaza
                                    New York, N.Y.  10004
                                    (212) 837-6000 (telephone)
                                    (212) 422-4726 (facsimile)

                                    *Attorneys for Plaintiff*

2

60090404_1.DOC