%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

US Bank Nat. Assoc. (succesor to the Connecticut Nat. Bank), not in its individual capacity but solely as Owner Trustee under certain Trust Agreements,                    PLAINTFF,

V.

Southwest Airlines Co.,

DEFENDANT.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11131**

**JUDGE COTE**

TO: (Name and address of Defendant)

Southwest Airlines Co.
c/o CT Corporation System
111 Eighth Ave.
New York, NY  10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeff H. Galloway
Erik Bond
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                             DEC 1 0 2007

CLERK                                          DATE

_(signature)_

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                            *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION (Successor To The Connecticut National Bank), Not in its Individual Capacity but Solely As Owner Trustee Under Certain Trust Agreements,<br><br>                              Plaintiff,<br><br>-against-<br><br>SOUTHWEST AIRLINES COMPANY,<br><br>                              Defendant. | Case No.: 07cv11131<br><br>**AFFIDAVIT OF SERVICE** |

   I John Clancy, being duly sworn, depose and say that I am over the age of eighteen years, not a party to this action, and am in the employ of Hughes Hubbard & Reed, LLP.

   That on December 10, 2007 at 3:30 pm, deponent served two true copies each of the following: **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, INDIVIDUAL PRACTICES IN CIVIL CASES DENISE COTE UNITED STATES DISTRICT JUDGE, PROCEDURES APPLICABLE TO CASES REFERRED FOR SETTLEMENT TO MAGISTRATE JUDGE KEVIN NATHANIEL FOX** by hand upon:

   Southwest Airlines Co.

   By personally leaving true copies to and leaving them with Elena Bou, a Process Specialist at CT Corporation System located at 111 Eighth Avenue, New York, New York, 10011 designated agent for defendant herein.
   Elena Bou can be described as a white female, approximately 35 to 40 years of age, approximately 5'6" and 135 pounds with blond hair. Ms. Bou spoke with an accent.

                                                                 _____
                                                                                  John R. Clancy

Sworn to before me this
11th day of December 2007

_____
Notary Public
PATRICIA E. SMITH
Notary Public, State of New York
No. 1SM4796951
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires March 30, 20_11_

10889446_1.DOC