UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

U.S. BANK NATIONAL ASSOCIATION (Successor
To The Connecticut National Bank), Not in its
Individual Capacity but Solely As Owner Trustee
Under Certain Trust Agreements,

    Plaintiff,

  - against -

SOUTHWEST AIRLINES COMPANY,

    Defendant.
------------------------------------------------------------ x

Case No. 07 CIV 11131 (DLC)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/08

  It is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

  (1)  The time for Defendant Southwest Airlines Company to answer, move against, or otherwise respond to the Complaint is extended until January 25, 2008; and

  (2)  this Stipulation may be signed in counterparts; and

  (3)  facsimile signatures of this Stipulation shall have the same force and effect as original signatures.

So ordered.

/s/ Denise Cote
January 2, 2008

{8888-888/00023462.DOCv}

HUGHES HUBBARD & REED LLP

By: _____
    Jeff H. Galloway
    Erik Bond
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
galloway@hugheshubbard.com
bond@hugheshubbard.com

*Attorneys for Plaintiff U.S. Bank National Association (Successor To The Connecticut National Bank), Not in its Individual Capacity but Solely As Owner Trustee Under Certain Trust Agreements*

COHEN & GRESSER LLP

By: _____
    Mark S. Cohen
    Michael Tremonte
    Marc E. Isserles
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 757-7600
Facsimile: (212) 957-4514
mcohen@cohengresser.com
mtremonte@cohengresser.com
misserles@cohengresser.com

*Attorneys for Defendant Southwest Airlines Company*

So Ordered: _____     Dated:
    Hon. Denise L. Cote
    United States District Judge

{8888-888/00023462.DOCv}    2