AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

U.S. BANK NATIONAL ASSOCIATION (Successor To The Connecticut National Bank), Not in its Individual Capacity but Solely As Owner Trustee Under Certain Trust Agreements,

　　　　Plaintiff,

　　-against-

SOUTHWEST AIRLINES COMPANY,

　　　　Defendant.

**APPEARANCE**

Case Number:  07 Civ. 11131 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant Southwest Airlines Company

I certify that I am admitted to practice in this court.

1/3/2008
Date

*[Signature]*
Signature

Michael Tremonte　　　　　　　　MT 5996
Print Name　　　　　　　　　　　Bar Number

Cohen & Gresser LLP, 100 Park Avenue, 23rd Floor
Address

New York　　　New York　　　10017
City　　　　　State　　　　Zip Code

(212) 957-7600　　　(212) 957-4514
Phone Number　　　　Fax Number

Email address: mtremonte@cohengresser.com