AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

U.S. BANK NATIONAL ASSOCIATION (Successor To The Connecticut National Bank), Not in its Individual Capacity but Solely As Owner Trustee Under Certain Trust Agreements,

    Plaintiff,

-against-

SOUTHWEST AIRLINES COMPANY,

    Defendant.

**APPEARANCE**

Case Number:  07 Civ. 11131 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant Southwest Airlines Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/3/2008 | _[signature]_ |
| Date | Signature |
| | Harvey B. Silikovitz — HS 5904 |
| | Print Name / Bar Number |
| | Cohen & Gresser LLP, 100 Park Avenue, 23rd Floor |
| | Address |
| | New York / New York / 10017 |
| | City / State / Zip Code |
| | (212) 957-7600 / (212) 957-4514 |
| | Phone Number / Fax Number |

Email address: hsilikovitz@cohengresser.com