AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

U.S. BANK NATIONAL ASSOCIATION (Successor To The Connecticut National Bank), Not in its Individual Capacity but Solely As Owner Trustee Under Certain Trust Agreements,

    Plaintiff,

-against-

SOUTHWEST AIRLINES COMPANY,

    Defendant.

**APPEARANCE**

Case Number: 07 Civ. 11131 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant Southwest Airlines Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/3/2008 | *(signature)* |
| Date | Signature |
| | Marc E. Isserles     MI 6446 |
| | Print Name     Bar Number |
| | Cohen & Gresser LLP, 100 Park Avenue, 23rd Floor |
| | Address |
| | New York    New York    10017 |
| | City    State    Zip Code |
| | (212) 957-7600    (212) 957-4514 |
| | Phone Number    Fax Number |

Email address: misserles@cohengresser.com