UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION (Successor To The Connecticut National Bank), Not in its Individual Capacity but Solely As Owner Trustee Under Certain Trust Agreements, | : **ECF CASE** : : Case No. 07 CIV 11131 (DLC) |
| Plaintiff, | : : **NOTICE OF DEFENDANT** |
| - against - | : **SOUTHWEST AIRLINES CO.'S** : **MOTION TO DISMISS THE** : **COMPLAINT** |
| SOUTHWEST AIRLINES CO., | : |
| Defendant. | |

------------------------------------------------------------------ X

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action, the accompanying Memorandum of Law dated January 25, 2008, the accompanying Declaration of Marc E. Isserles, Esq. and attached exhibits, dated January 25, 2008, and all prior papers and proceedings in this action, Defendant Southwest Airlines Co., by its undersigned attorneys, Cohen & Gresser LLP, will move this Court on a date convenient to this Court, before the Honorable Denise L. Cote, at the United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 11B, for an order (1) dismissing the Complaint for failure to state a claim upon which relief may be granted; and (2) granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 25, 2008

                          Respectfully submitted,

                          COHEN & GRESSER LLP

                          By: _____
                               Mark S. Cohen (MC 9055)
                               Michael Tremonte (MT 5996)
                               Marc E. Isserles (MI 6446)
                          100 Park Avenue, 23rd Floor
                        New York, New York  10017
                        Telephone:  (212) 957-7600
                        Facsimile:  (212) 957-4514
                        mcohen@cohengresser.com
                        mtremonte@cohengresser.com
                        misserles@cohengresser.com

                        *Attorneys for Defendant Southwest Airlines Co.*