```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                DOC #: _____
SOUTHERN DISTRICT OF NEW YORK               DATE FILED: 2/8/08
-------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION (Successor :
To The Connecticut National Bank), Not in its :
Individual Capacity but Solely As Owner Trustee :
Under Certain Trust Agreements,             :   Case No. 07 CIV 11131 (DLC)
                                            :
                Plaintiff,                  :
                                            :   STIPULATION AND ORDER
         - against -                        :
                                            :
SOUTHWEST AIRLINES COMPANY,                 :
                                            :
                Defendant.                  :
-------------------------------------------- x
```

It is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

(1) The time for Plaintiff U.S. BANK NATIONAL ASSOCIATION to respond to Defendant SOUTHWEST AIRLINES CO.'s motion to dismiss is extended up to and including March 7, 2008; and

(2) this Stipulation may be signed in counterparts; and

(3) facsimile signatures of this Stipulation shall have the same force and effect as original signatures.

So ordered.

/s/ Denise Cote
February 8, 2008

{8888-888/00023462.DOCv}

| | |
|---|---|
| HUGHES HUBBARD & REED LLP | COHEN & GRESSER LLP |
| By: ___/s/___<br>Jeff H. Galloway<br>Erik Bond<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>galloway@hugheshubbard.com<br>bond@hugheshubbard.com<br><br>*Attorneys for Plaintiff U.S. Bank National Association (Successor To The Connecticut National Bank), Not in its Individual Capacity but Solely As Owner Trustee Under Certain Trust Agreements* | By: ___/s/___<br>Mark S. Cohen<br>Michael Tremonte<br>Marc E. Isserles<br>100 Park Avenue, 23rd Floor<br>New York, New York 10017<br>Telephone: (212) 757-7600<br>Facsimile: (212) 957-4514<br>mcohen@cohengresser.com<br>mtremonte@cohengresser.com<br>misserles@cohengresser.com<br><br>*Attorneys for Defendant Southwest Airlines Co.* |

So Ordered: _____    Dated:
              Hon. Denise L. Cote
              United States District Judge