UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X

U.S. BANK NATIONAL ASSOCIATION (Successor To :    07 CIV. 11131 (DLC)
the Connecticut National Bank), Not in its Individual    (KNF)*
Capacity but Solely as Owner Trustee Under Certain
Agreements,      ORDER OF
     REFERENCE TO A
     Plaintiff,      MAGISTRATE JUDGE

     -v-

SOUTHWEST AIRLINES COMPANY,

     Defendant.

------------------------------------------------------------------ -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

DENISE COTE, District Judge:

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |

* Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:    New York, New York
            February 22, 2008

                                                      _____
                                                        DENISE COTE
                                                     United States District Judge