```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
U.S. BANK NATIONAL ASSOCIATION       :   07 CIV. 11131 (DLC)
(Successor To the Connecticut National :
Bank), Not in its Individual Capacity :   ORDER
but Solely as Owner Trustee Under    :
Certain Agreements,                  :
                                     :
                Plaintiff,           :
                                     :
        -v-                          :
                                     :
SOUTHWEST AIRLINES COMPANY,          :
                                     :
                Defendant.           :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

DENISE COTE, District Judge:

For the reasons set forth at the initial pretrial conference held on February 22, 2008, it is hereby

ORDERED that defendant's motion to dismiss filed on January 25, 2008 (document #9) is denied without prejudice to renewal when an amended complaint is filed. The Clerk of Court shall terminate the motion.

Dated:   New York, New York
         February 26, 2008

                                    _____
                                             DENISE COTE
                                    United States District Judge