```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
U.S. BANK NATIONAL ASSOCIATION        :
(Successor To the Connecticut National:   07 CIV. 11131 (DLC)
Bank), Not in its Individual Capacity :
but Solely as Owner Trustee Under     :   PRETRIAL
Certain Agreements,                   :   SCHEDULING ORDER
                                      :
            Plaintiff,                :
                                      :
       -v-                            :
                                      :
SOUTHWEST AIRLINES COMPANY,           :
                                      :
            Defendant.                :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on February 22, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. No additional parties may be joined or pleadings amended after **March 28, 2008**.

2. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **April 4, 2008**.

3. The following motion will be served by the dates indicated below.

    Defendant's motion to dismiss

    - Motion served by **April 18, 2008**
    - Opposition served by **May 2, 2008**
    - Reply served by **May 9, 2008**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

4. The parties are instructed to contact the chambers of Magistrate Judge Kevin N. Fox prior to **July 7, 2008** in order to pursue settlement discussions under his supervision.

5. All fact discovery must be completed by **September 26, 2008**.

6. The parties' identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **October 24, 2008**. The exchange of rebuttal expert reports must occur by **November 21, 2008**.

7. All expert discovery must be completed by **December 12, 2008**.

8. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **January 16, 2009**
   - Opposition served by **February 6, 2009**
   - Reply served by **February 13, 2009**

9. In the event no motion is filed, the Joint Pretrial Order must be filed by **January 16, 2009**.

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         February 26, 2008

                                   _____
                                   DENISE COTE
                                   United States District Judge