(0585.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
U.S. BANK NATIONAL ASSOCIATION (Successor :
To The Connecticut National Bank), Not in its
Individual Capacity but Solely As Owner Trustee
Under Certain Trust Agreements,

        Plaintiff,

    - against -

SOUTHWEST AIRLINES COMPANY,

        Defendant.
------------------------------------------------------------ x

Case No. 07 CIV 11131 (DLC)

**STIPULATION AND ORDER**

    It is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

(1)    The time for Defendant Southwest Airlines Company ("Southwest") to answer or otherwise respond to U.S. Bank National Association's Amended Complaint is extended from April 11, 2008 until April 18, 2008;

(2)    Southwest has not previously requested an adjournment or extension;

(3)    The extension requested herein does not affect any other scheduled dates set forth on the Pretrial Scheduling Order, dated February 26, 2008;

(4)    this Stipulation may be signed in counterparts; and

(5)    facsimile signatures of this Stipulation shall have the same force and effect as original signatures.

So ordered.

*[signature]*
April 9, 2008

{1286-001/00028320.DOCv}

HUGHES HUBBARD & REED LLP

By: _____
    Jeff H. Galloway
    Erik Bond
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
galloway@hugheshubbard.com
bond@hugheshubbard.com

*Attorneys for Plaintiff U.S. Bank National Association (Successor To The Connecticut National Bank), Not in its Individual Capacity but Solely As Owner Trustee Under Certain Trust Agreements*

COHEN & GRESSER LLP

By: _____
    Mark S. Cohen
    Michael Tremonte
    Marc E. Isserles
    Oliver S. Haker
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 757-7600
Facsimile: (212) 957-4514
mcohen@cohengresser.com
mtremonte@cohengresser.com
misserles@cohengresser.com
ohaker@cohengresser.com

*Attorneys for Defendant Southwest Airlines Company*

So Ordered: _____    Dated:
    Hon. Denise L. Cote
    United States District Judge

{1286-001/00028320.DOCv}