UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION (Successor To The Connecticut National Bank), Not in its Individual Capacity but Solely As Owner Trustee Under Certain Trust Agreements,<br><br>                              Plaintiff,<br><br>        -against-<br><br>SOUTHWEST AIRLINES CO.,<br><br>                              Defendant. | ECF CASE<br><br>Case No. 07 CIV 11131 (DLC)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Southwest Airlines Co. certify that Southwest Airlines Co. has no corporate parents, and there are no publicly-held corporations that own ten percent or more of the stock of Southwest Airlines Co.

Dated: New York, New York
       April 18, 2008

                        COHEN & GRESSER LLP

                        By: _____/s/_____
                              Mark S. Cohen (MC 9055)
                              Michael Tremonte (MT 5996)
                              Oliver S. Haker (OH 6343)
                        100 Park Avenue, 23rd Floor
                        New York, New York 10017
                        Telephone: (212) 957-7600
                        Facsimile: (212) 957-4514
                        mcohen@cohengresser.com
                        mtremonte@cohengresser.com
                        ohaker@cohengresser.com

                        *Attorneys for Defendant Southwest Airlines Co.*

To:    Jeff H. Galloway, Esq.
       Eric Bond, Esq.
       HUGHES HUBBARD & REED LLP
       One Battery Park Plaza
       New York, NY 10004
       (212) 837-6000

       *Attorneys for Plaintiff*