# Hughes Hubbard



**MEMO ENDORSED**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Jeff H. Galloway
Direct Dial: 212-837-6629
Direct Fax: 212-299-6629
galloway@hugheshubbard.com

June 13, 2008

VIA FAX–212-805-6712

Hon. Kevin Nathaniel Fox
United States Magistrate
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED. 6/17/08
```

Re: *U.S. Bank, N.A. v. Southwest Airlines Co.*, 07 Civ. 11131 (DLC)(KNF)

Dear Judge Fox:

We write to convey a joint request by plaintiff and defendant to adjourn the Settlement Conference currently scheduled to be held before Your Honor on June 30, 2008.

We make this request for two reasons. First, the undersigned, who is lead counsel for plaintiff, has a conflict on June 30, 2008 that prevents my attendance on that particular date, and second, defendant prefers to conduct a settlement conference after the completion of depositions of key witnesses. Plaintiff does not object to holding a formal settlement conference after such depositions. The parties are discussing holding direct settlement talks in the near future to determine if it is possible to resolve this matter prior to incurring unnecessary further litigation costs.

The parties are currently conducting document discovery and do not anticipate or desire any extension of the current fact discovery cut-off date of September 26, 2008. The parties are actively working to schedule depositions of parties and non-parties, but because of scheduling issues involving both counsel and witnesses, we do not anticipate taking depositions before late July or early August, and anticipate that depositions will continue into early September. Accordingly, the parties request that the Settlement Conference be rescheduled to a date in September on or after September 15, 2008. The parties are generally available to hold a settlement conference on any day between September 15 and September 30.

6/17/08
Application granted.
The settlement conference
will be held on October 7, 2008,
at 2:30 p.m.   SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

Case 1:07-cv-11131-DLC    Document 22    Filed 06/17/2008    Page 2 of 2    ☒003/003
06/13/2008 14:47 FAX  12124224726      HUGHES HUBBARD LLP

2

No prior request for an adjournment of the Settlement Conference has been made. This letter has been reviewed by opposing counsel; both parties join in this request.

Respectfully,

Jeff H. Galloway
Counsel for Plaintiff

cc: Michael Tremonte, Esq.
Counsel for Defendant
(via fax: 212-957-4514)